**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Varnell Smith, Sr. |
| Debtor 2 (Spouse, if filing) | Delores Smith |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 15-12257 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 0 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | 2/13/2019 | (8) | $ 855.54 |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  **Varnell Smith, Sr.**
  First Name   Middle Name   Last Name

Case number (*if known*) 15-12257

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jon J. Lieberman
Signature

Date  6 / 19 / 2019

Print:  Jon J. Lieberman
  First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
  Number   Street
Loveland, OH 45140
  City   State   ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

**SERVIS ONE, INC.**
**DBA BSI FINANCIAL SERVICES**
ESCROW DISBURSEMENT CLEARING
314 S. FRANKLIN STREET
TITUSVILLE, PA 16354

TEXAS CAPITAL BANK

CHECK NUMBER
DATE         FEB 13   19

PAY    714,384 DOLLARS AND 87 CENTS            AMOUNT      $******714,384.87

TO THE ORDER OF:    LERETA, LLC
C/O COOK COUNTY TREASURER 60602

*Jill Johnson-Shuly*
AUTHORIZED SIGNATURE

⑈60063132⑈ ⑆111017979⑆ 21110205131⑈

---

SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES                    1034
                                                ESCROW DISBURSEMENT CLEARING

PAYEE:  LERETA, LLC
        C/O COOK COUNTY TREASURER 60602

CHECK NUMBER
DATE          FEB 13   19
AMOUNT        $******714,384.87

INST 603
TAXES
PAYEE CODE

---

SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES                    1034
                                                ESCROW DISBURSEMENT CLEARING

PAYEE:  LERETA, LLC
        C/O COOK COUNTY TREASURER 60602

CHECK NUMBER
DATE          FEB 13   19
AMOUNT        $******714,384.87

INST 603
TAXES
PAYEE CODE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 15-12257 |
| Varnell Smith, Sr.<br>Delores Smith | Chapter 13 |
| Debtor. | Hon. Judge Carol A. Doyle |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on June 19, 2019, before the hour of 5:00 p.m.

Edwin L Feld, Debtors' Counsel
notice@edfeldlaw.com

Tom Vaughn, Chapter 13 Trustee
ecf@tvch13.net

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Varnell Smith, Sr., Debtor
17471 Park Lane
Country Club Hills, IL 60478

Delores Smith, Debtor
17471 Park Lane
Country Club Hills, IL 60478

Dated: June 19, 2019                                Respectfully Submitted,

                                                    /s/ Jon J. Lieberman
                                                    Jon J. Lieberman (OH 0058394)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Creditor